United States District Court
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 DEC 17 P 12:51

John R. Griffin Jr. - plaintiff      Civil Action # 1:13-fp-539

v.

David Dionne, superintendent, Dr. Matthew Masewic, Denise Ryan Hillsborough county and Omni health Care Co., et al   defendants

# COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. §1983

1.) John R. Griffin Jr. HCDOC #47390 Unit 1D   plaintiff
445 Willow St. Manchester, NH 03103   address

2.) David Dionne, superintendant, Dr. Matthew Masewic, Denise Ryan Hillsborough county and Omni health Care Co., et al  defendants
445 Willow St. Manchester, NH 03103   work address

3.) I, John R. Griffin Jr., Plaintiff, am incarcerated pursuant to a pretrial detention order. Dated September 11, 2013.

4.) Federal court's have jurisdiction to hear civil Rights cases for 8th Amend..
The defendants have worked in concert or conspired to violate my Eighth Amendment protections against cruel and unusual punishment by violating my due process Fourteenth Amendment rights as a detainee at Hillsborough county jail, HCDOC, by the following facts:

1.) Denied me access to the standard of care medically which would be available to me if not detained at HCDOC jail, failing to accord me of this basic human dignity to be so treated.

1.)

2.) Allowed me to suffer unecessarily by thier deliberate indifference and administrative machinations to my medical needs and conditions, thus thier unecessary and wanton infliction of pain upon me.

3.) Invoked institutional procedures to deny me treatment prescribed after diagnosis by requiring a "medical file" from a physcian for previous instances of kidney stone conditions and Rigt knee swollen with synovial fluid, thereby withholding treatment for clerical, administrative reasons.

4.) Interfered with medical judgement by non-medical reasons, such as lack of due dilligence in obtaining my prior medical records, while refusing to treat an obvious physical conditions which a lay person could see the need for a physcian's attention.

5.) Denied me treatment that eliminated pain and suffering at least temporarily, deliberately disregarding this medical need, most notably in two separate instances of kidney stone attacks while incarcerated 9-12,13 and 11-23,24.

6.) Used cursory sick call procedures, nurse visits to unit for medication and such complaints, that do not permit adequate assessment of my complaints and healthcare needs.

7.) Refused and denied me outside care access available locally in Manchester to the jail, depriving me of that standard of care.

2.)

8.) Put me at increased risks for urinary tract infections, knee joint infections, tissue damage to ligaments, tendons and meniscus pads of my right knee. This could lead to permanent decrease or loss of normal knee function. Prison officials should not be required to wait till a problem occurs before addressing risk to detainees and inmates.

9.) Defendant David Dionne told me that medical staff at the HCDOC jail cannot treat detainees or inmates for pain and health issues until they produce records from a doctor to prove they're not lying about thier pain or health issues, thus failing to 'right the wrong' of denial of care and treatment.

10.) Dr. Masewic told me he cannot treat my Right knee by aspirating the excess synovial fluid unless the Hillsborough county commisioner board approves the $50.00 - 60.00 expenditure for a sterile aspiration kit, taking the easier and less efficacious route of treatment, using an ace bandage to "treat by osmosis" and ice. It is a joint capsule swollen with synovial fluid, not a bruise.

11.) Dr. Matthew Masewic intentionally refuses to have me treated at a local hospital, ignoring specific risks or hazards for not aspirating my knee, Thus denying me access to medical personnel qualified to exercise judgement for care of my right knee.

3.)

12.) Denise Ryan in a perfunctory auxilliary role in denying/delaying care to me, answering my official grievance claiming I was not in compliance with Dr. Masewic's original orders for "osmosis" treatment because the ace bandage was so tight it caused increased pain to my right knee.

Injunctive Relief sought:

A.) Order immediately examination and aspiration of my right knee and any other treatment necessary. Since my knee has been swollen with synovial fluid starting October 19, 2013. Federal District Court Rule 35 gives the court authority to order physical exams. It would be appropriate to have this done after viewing of both my knees to visually confirm for the record the physical conditions of both knees. Also appropriate would be examination a Concord Orthopedics for said aspiration and report on assessments of my right knee by impartial 3rd party, for purposes of admissions and discovery.

B.) Take whatever appropriate measures or orders to deem necessary to avoid any retalitory actions, violence or other acts at HCDOC to protect me from harm or "unfortunate" accident. This should include statewide measures if necessary.

4.)

c.) Order Hillsborough county jail to forthwith amend, change or alter medical department requirements and procedures demanding that detainees and inmates medical records for prior treatment instances of chronic health issues affecting them while incarcerated must be on file before treatment for pain and other symptoms apparent to any lay person that a physcian's attention is needed at such time of suffering pain or plainly evident physical ailments exist.

d.) Order the immediate change to "CarbonCopy" forms be used for all detainees and inmates medical requests forms and administrative request forms be henseforth required to give detainees and inmates proper legal copies for all such requests in writing.

e.) Order HCDOC or Obtain from Tenney Mountain orthopedics and AlpineClinic orthopedics my medical files from treatment and diagnosis from my right knee; Both of Plymouth, NH.

Monetary Relief:

A.) $630,000.00 for a threeway split of individual liabilities of defendants Dionne, Masewic and Ryan for $210,000.00 each, for thier indicated complicity to deny me my due process rights for Eighth Amendment protections under the Fourteenth Amendment of the US Constitution, causing me unecessary and wanton pain and suffering.

5.)

B.) Order that Defendants Dionne and Masewic be held each personally liable for $10,000.00 - $100,000.00 as part of the overall monetary relief figure in paragraph A. And, Denise Ryan, in her perfunctory auxilliary role involving answering my official grievance, be held personally liable for an amount between $5,000.00 and $50,000.00 of the overall reward. These amounts, as well the original figure of $630,000.00 should be legally construed punitive as well compensatory for pain and suffering and violating my constitutional rights enumerated in this complaint.

C.) Hillsborough county's insurance for such civil actions and/or general fund should cover any part of the award <u>Not</u> brought punitively against the three personal defendants, as well any insurance Omni health Care Co., or other contracted medical company HCDOC subcontracts to run and staff the jail medical department.

Closing Paragraph:

Mr. David Dionne is the superintendant of HCDOC at 445 Willow St. Manchester, NH 03103. Dr. Matthew Masewic is otherwise employed full-time at the state hospital in Concord, NH. He works 2 hours minimally or more per week at the jail. He refuses to aspirate my knee even though it is a simple $160.00, twenty minute procedure I've had performed in orthopedic offices in the past.

6)

Dr. Masewic assured me he'd performed "hundreds" of such knee aspirations himself. Denise Ryan is the Health Services Administrator at the jail. These three principle players are responsible for denying care to me and other such incarcerated persons as a cost saving ploy for Hillsborough county. I believe this practice as outlined in my complaint is constitutionally non-compliant.

December 16, 2013          John R. Biffig RT(R)
                                        plaintiff

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING INFORMATION IS TRUE AND CORRECT.

December 16, 2013          John R. Biffig RT(R)

I declare a copy of this complaint has been mailed to the defendants at 445 Willow St. Manchester, NH 03103

7.)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **Hillsborough**
*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Hillsborough**
*(IN U S PLAINTIFF CASES ONLY)*
NOTE IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

[U.S. DIST COURT / D. OF N.H. / 2013 DEC 17 P 12:51 — stamp]

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U S Government Plaintiff
- ☐ 2 U S Government Defendant
- ☐ 3 Federal Question *(U S Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
**42 U.S.C. § 1983**

Brief description of cause
**deliberate indifference to medical needs 8th Amend. via 14th Amend.**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE
DOCKET NUMBER

DATE **12·16·2013**

SIGNATURE OF ATTORNEY OF RECORD **John R. Biff — Pro Se**

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG JUDGE ____