UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

v.   Case No. 13-cv-539-SM

Superintendent, Hillsborough County
Department of Corrections, et al.

## J U D G M E N T

In accordance with the Order by Judge Steven J. McAuliffe dated June 30, 2015, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 28, 2015, judgment is hereby entered.

By the Court,

*/s/ Pamela E. Phelan*
_____
Pamela E. Phelan
Chief Deputy Clerk

Date: June 30, 2015

cc:   John R. Griffin, Jr., pro se
      John A. Curran, Esq.
      Sarah S. Murdough, Esq.